UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

SHARON. STONE,                                              Case No. 10-32392-KRH

    Debtor.                                              Chapter No. 13

BRANCH BANKING & TRUST COMPANY
and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
as NOMINEE FOR BRANCH BANKING & TRUST COMPANY,

    Plaintiff,

v.

WILLIE E. STONE, Co-Debtor
and CARL M. BATES, Trustee,

    Defendants.

### ORDER GRANTING RELIEF FROM CO-DEBTOR STAY

Upon consideration of Branch Banking & Trust Company and Mortgage Electronic Registration Systems, Inc. ("MERS"), as Nominee for Branch Banking & Trust Company ("Plaintiff") to modify the automatic stay and that no answer has been filed by the Co-Debtor Willie Stone, it is:

**ORDERED** that the automatic stay imposed by 11 U.S.C § 1301(c) is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the Co-Debtor's interest in the real property located 5909 Almond Tree Terrace. Richmond, Virginia, and is more particularly described as follows:

> ALL that certain lot, piece or parcel of land with all improvements thereon and appurtenances thereto belonging, lying and being in the Varina District, Henrico

**Deborah S. Kirkpatrick, Esq.**
VSB #32987
Post Office Box 10275
Virginia Beach, VA 23450-0275
Ph: (757) 233-0281; Fax: (757) 233-0277
**Counsel for Branch Banking & Trust Company
and Mortgage Electronic Registration Systems, Inc.
as Nominee for Branch Banking & Trust Company**

County, Virginia, known numbered and designated as Lot 39, Block A, Section 1, Almond Creek Estates on subdivision plat made by Charles C Townes and Assoc, P C , dated August 20, 1994, recorded October 26, 1994, in the Clerk's Office, Circuit Court, County of Henrico, Virginia, in Plat Book 99, pages 95 and 96, reference to which is hereby made for a more particular description

BEING the same real estate conveyed to Willie Stone and Sharon Stone, husband and wife, by Deed from Sharon Stone (fka Sharon D Dawkins) dated January 30, 2008, recorded January 31, 2008, in the Clerk's Office, Circuit Court, County of Henrico, Virginia, in Deed Book 4467, page 316  FURTHER being the same real estate conveyed to Sharon Dawkins (nka Sharon Stone) by Deed from Richmond Homes Development, Inc , a Virginia Corporation by Tingley Construction Co , a VA corporation dated December 12, 1995, recorded December 20, 1995, in the Clerk's Office, Circuit Court, County of Henrico, Virginia, in Deed Book 2624, page 974

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DONE at Richmond, Virginia, this ___ day of July, 2011.

_____
Kevin R. Huennekens, Judge
United States Bankruptcy Court
Eastern District of Virginia

I ASK FOR THIS:

/s/ Deborah S. Kirkpatrick_____
Deborah S. Kirkpatrick, Esq.
Counsel for Branch Banking & Trust Company
and Mortgage Electronic Registration Systems, Inc.
as Nominee for Branch Banking & Trust Company

2

Copy to:

Deborah S. Kirkpatrick, Esq.
Counsel for Branch Banking & Trust Company and
Mortgage Electronic Registration Systems, Inc.
as Nominee for Branch Banking & Trust Company
P.O. Box 10275
Virginia Beach, VA 23450-0275

Richard J. Oulton, Esq.
Counsel for Debtor
P.O. Box 5928
Glen Allen, VA 23508

Pia J. North, Esq.
Counsel for Co-Debtor
8014 Midlothian Tpke, Suite 202
Richmond, VA 23235

Carl M. Bates
Trustee
P.O. Box 1819
Richmond, VA 23218

Sharon Stone, Debtor
Willie E. Stone, Co-Debtor
2025 Lindsey Gabriel Dr.
Richmond, VA 23231

## **CERTIFICATION**

The undersigned certifies that the foregoing Order Granting Relief From Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made (with the exception of the Co-Debtor language) and the undersigned hereby certifies that the foregoing order has been served on all necessary parties pursuant to Bankruptcy Rule 9022 who are as follows: Sharon Stone, 2025 Lindsey Gabriel Dr., Richmond, VA 23231; Richard J. Oulton, Esq., Counsel for Debtor, P.O. Box 5928, Glen Allen, VA 23508; Willie E. Stone, 2025 Lindsey Gabriel Dr., Richmond, VA 23231 and 5909 Almond Tree Terrace. Richmond, Virginia 23231; Pia J. North, Esq., Counsel for Co-Debtor, 8014 Midlothian Tpke, Suite 202, Richmond, VA 23235; and Carl M. Bates, Trustee, P.O. Box 1819, Richmond, VA 23218.

/s/ Deborah S. Kirkpatrick
Attorney for Movant