**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
  Richmond   Division**

In re:  Sharon Stone                     )
                                         )
                                         ) Case No.  10-32392-KRH
                                         )
                                         )
                    Debtor(s)            ) Chapter   13
                                         )
Address    2025 Lindsey Gabriel Dr.      )
           Henrico, VA 23231             )
                                         )
Last four digits of Social Security:  4571 )
                                         )
                                         )
                                         )
                                         )

# NOTICE OF MOTION (OR OBJECTION)

Sharon Stone has filed papers with the court to Object to Proof of Claim.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before August 20, 2011, you or your attorney must:

X    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

            Clerk of Court
            United States Bankruptcy Court
            701 East Broad Street
            Richmond, VA 23219

You must also mail a copy to:

    The Debt Law Group, PLLC
    P.O. Box 5928
    Glen Allen, VA 23058

☐    Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐    Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ _____. m. at United States Bankruptcy Court, 701 East Broad Street, Crtrm <5100/5000> Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 7/21/2011

Signature, name, address, and telephone number of person giving notice:
/s/ Richard J. Oulton
Richard J. Oulton, Esq.
The Debt Law Group, PLLC
PO Box 5928
Glen Allen, VA 23058
VSB No. 29640
Counsel for   Sharon Stone

<u>Certificate of Service</u>

I hereby certify that I have this 21st day of July, 2011, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Richard J. Oulton
Richard J. Oulton, Esq.

# Creditors

**AES/PHEAA**
PO Box 8147
Harrisburg PA 17105

**Amex**
P.O. Box 981537
El Paso, TX 79998-0000

**Aspen Coll**
Pob 5129
Spring Hill, FL 34611-0000

**Aspire**
Po Box 105555
Atlanta, GA 30348-5555

**Bac Home Loans Servici**
450 American St
Simi Valley, CA 93065-0000

**Bb&T**
Po Box 2027
Greenville, SC 29602-0000

**BCC**
PO Box 490537
Fort Lauderdale, FL 33349-0000

**Bon Secours Memorial Regional Med Ctr**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bon Secours Richmond Community Hospital**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bon Secours St. Mary's Hospital**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bose Corporation**
The Mountain
Framingham, MA 01701-9168

**Branch Banking & Trust Company**
Bankruptcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

**City of Richmond**
Dep't of Public Utilities
600 E Broad St
Richmond, VA 23219

**City of Richmond**
Department of Public Utilities
730 E. Broad Street, 5th Floor
Richmond, Virginia 23219

**Commercial Check Control**
7250 Beverly Blvd, Ste 200
Los Angeles, CA 90036-2560

**Connects Federal Credit Union**
c/o Edward S. Whitlock, III, Esquire
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060

**Connects Federal Cu**
7700 Shrader Rd
Richmond, VA 23228-0000

**CPS Security**
PO Box 782408
San Antonio, TX 78278

**Credit Collections Services**
Two Wells Ave, Dept 9134
Newton Center, MA 02459

**Creditor's Service of Indiana**
10 Coronado Rd
Indianapolis, IN 46234-2526

**Eastern Account System**
75 Glen Rd Ste 110
Sandy Hook, CT 06482-0000

**ECMC**
PO BOX 75906
ST. PAUL, MN 55175

**Edfin Serv**
252 N. Peters Rd, Suite 100
Knoxville, TN 37923-0000

**F. Jarvandi, DDS**
c/o Schettine & Nguyen, PLC
10 South 23rd Street
Richmond, VA 23223-0000

**First Community Bank**
Creditors Service of Indiana
10 Coronado Rd
Indianapolis, IN 46234-2526

**Focused Recovery Solut**
9701 Metropolitan Ct Ste
Richmond, VA 23236-0000

**HENRICO COUNTY, VIRGINIA**
RHYSA GRIFFITH SOUTH
ASSISTANT COUNTY ATTORNEY
P.O. BOX 90775
HENRICO, VIRGINIA 23273-0775

**Ic Systems Inc**
Po Box 64378
Saint Paul, MN 55164-0000

**MCV Hospitals**
PO BOX 980462
Richmond, VA 23298-0000

**Midview Farms Homeowners Assoc**
c/o Eric Horwitz
1919 Huguenot Rd #201
Richmond, VA 23235-0000

**Miramed Rev Group**
PO Box 536
Linden, MI 48451-0536

**Miramed Revenue Group**
PO Box 536
Linden, MI 48451-0536

**Moore Family of Dealerships**
9177 W Broad St
Richmond, VA 23294-1703

**National Recovery Agen**
2491 Paxton St
Harrisburg, PA 17111-0000

**Nco Fin/38**
Po Box 13564
Philadelphia, PA 19101-0000

**NCO Financial Systems**
PO Box 510950
New Berlin, WI 53151-0000

**Nelnet Lns**
Po Box 1649
Denver, CO 80201-0000

**Nelnet on behalf of ECMC**
Educational Credit Management Corp
Lockbox 8682 PO Box 75848
St. Paul MN 55175-0848

**Palisades Acquisition IX LLC**
Vativ Recovery Solutions, LLC
c/o Palisades Acquisition IX LLC
PO Box 19249
Sugar Land, TX 77496

**Professional Debt**
4161 Carmichael Ave Ste
Jacksonville, FL 32207-0000

**Receivable Management**
7206 Hull Street Rd Ste
Richmond, VA 23235-0000

**Receivables Management**
PO Box 8630
Richmond, VA 23226

**Rmd Postal**
Box 26024 Po
Richmond, VA 23260-6024

**RMS**
PO Box 8630
Richmond, VA 23226-0000

**St. Mary's Hospital**
PO Box 100767
Atlanta, GA 30384

**St. Mary's Hospital**
PO Box 100767
Atlanta, GA 30384-0000

**Student Loan Xpress, Inc.**
c/o Education Loan Servicing Corporation
Attn: Claims Department
1500 West 3rd Avenue, Suite 125
Cleveland, OH 44113

**The Debt Law Group, PLLC**
P.O. Box 5928
Glen Allen, VA 23058

**Wfnnb/Peeble**
Po Box 64
Jacksonville, TX 75766-0000

**Williamsburg Plantatio**
3015 N Ocean Blvd Ste 12
Fort Lauderdale, FL 33308-0000

**Xls/Citel**
1500 W 3rd St Ste 125
Cleveland, OH 44113-0000

**Xpress Loan Servicing**
PO Box 94553
Cleveland, OH 44101-0000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  Sharon Stone

        Case No. 10-32392-KRH
        Chapter 13

Debtor

## Objection to Claim

The objecting party objects to the following claim in this case:

Claimant's Name: <u>Branch Banking & Trust Company</u>

Claim #: <u>    5-1    </u>     Amount <u>$ 9,095.99</u>

DETAILED BASIS OF OBJECTION INCLUDING GROUNDS FOR OVERCOMING ANY PRESUMPTION UNDER RULE 3001(f):

<u>Debtor surrendered her interest in the real property which secures this debt, located at 5909 Almond Tree Terrace, Henrico, VA 23231-4791, through an amended plan filed on December 1, 2010, which was confirmed on April 14, 2011. An order was entered in this Court on July 11, 2011 granting BB&T relief from stay with regards to this real property.</u>

DATED:  7/21/2011

/s/ Richard J. Oulton
**Objecting Party**
The Debt Law Group, PLLC
P.O. Box 5928
Glen Allen, VA 23058
804-308-0051
VSB # 29640

**Certificate of Service**

      I certify that on July 21, 2011 a copy of this Objection was mailed, first class, postage prepaid, to Carl Bates, Chapter 13 Trustee, PO Box 1819 Richmond, VA 23218-1819, The U.S. Trustee, 701 E. Broad St, Suite 4300, Richmond, VA 23219, and all other creditors and necessary parties.

                                              /s/ Richard J Oulton
                                                Richard J Oulton

## Creditors

**AES/PHEAA**
PO Box 8147
Harrisburg PA 17105

**Amex**
P.O. Box 981537
El Paso, TX 79998-0000

**Aspen Coll**
Pob 5129
Spring Hill, FL 34611-0000

**Aspire**
Po Box 105555
Atlanta, GA 30348-5555

**Bac Home Loans Servici**
450 American St
Simi Valley, CA 93065-0000

**Bb&T**
Po Box 2027
Greenville, SC 29602-0000

**BCC**
PO Box 490537
Fort Lauderdale, FL 33349-0000

**Bon Secours Memorial Regional Med Ctr**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bon Secours Richmond Community Hospital**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bon Secours St. Mary's Hospital**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bose Corporation**
The Mountain
Framingham, MA 01701-9168

**Branch Banking & Trust Company**
Bankruptcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

**City of Richmond**
Dep't of Public Utilities
600 E Broad St
Richmond, VA 23219

**City of Richmond**
Department of Public Utilities
730 E. Broad Street, 5th Floor
Richmond, Virginia 23219

**Commercial Check Control**
7250 Beverly Blvd, Ste 200
Los Angeles, CA 90036-2560

**Connects Federal Credit Union**
c/o Edward S. Whitlock, III, Esquire
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060

**Connects Federal Cu**
7700 Shrader Rd
Richmond, VA 23228-0000

**CPS Security**
PO Box 782408
San Antonio, TX 78278

**Credit Collections Services**
Two Wells Ave, Dept 9134
Newton Center, MA 02459

**Creditor's Service of Indiana**
10 Coronado Rd
Indianapolis, IN 46234-2526

**Eastern Account System**
75 Glen Rd Ste 110
Sandy Hook, CT 06482-0000

**ECMC**
PO BOX 75906
ST. PAUL, MN 55175

**Edfin Serv**
252 N. Peters Rd, Suite 100
Knoxville, TN 37923-0000

**F. Jarvandi, DDS**
c/o Schettine & Nguyen, PLC
10 South 23rd Street
Richmond, VA 23223-0000

**First Community Bank**
Creditors Service of Indiana
10 Coronado Rd
Indianapolis, IN 46234-2526

**Focused Recovery Solut**
9701 Metropolitan Ct Ste
Richmond, VA 23236-0000

**HENRICO COUNTY, VIRGINIA**
RHYSA GRIFFITH SOUTH
ASSISTANT COUNTY ATTORNEY
P.O. BOX 90775
HENRICO, VIRGINIA 23273-0775

**Ic Systems Inc**
Po Box 64378
Saint Paul, MN 55164-0000

**MCV Hospitals**
PO BOX 980462
Richmond, VA 23298-0000

**Midview Farms Homeowners Assoc**
c/o Eric Horwitz
1919 Huguenot Rd #201
Richmond, VA 23235-0000

**Miramed Rev Group**
PO Box 536
Linden, MI 48451-0536

**Miramed Revenue Group**
PO Box 536
Linden, MI 48451-0536

**Moore Family of Dealerships**
9177 W Broad St
Richmond, VA 23294-1703

**National Recovery Agen**
2491 Paxton St
Harrisburg, PA 17111-0000

**Nco Fin/38**
Po Box 13564
Philadelphia, PA 19101-0000

**NCO Financial Systems**
PO Box 510950
New Berlin, WI 53151-0000

**Nelnet Lns**
Po Box 1649
Denver, CO 80201-0000

**Nelnet on behalf of ECMC**
Educational Credit Management Corp
Lockbox 8682 PO Box 75848
St. Paul MN 55175-0848

**Palisades Acquisition IX LLC**
Vativ Recovery Solutions, LLC
c/o Palisades Acquisition IX LLC
PO Box 19249
Sugar Land, TX 77496

**Professional Debt**
4161 Carmichael Ave Ste
Jacksonville, FL 32207-0000

**Receivable Management**
7206 Hull Street Rd Ste
Richmond, VA 23235-0000

**Receivables Management**
PO Box 8630
Richmond, VA 23226

**Rmd Postal**
Box 26024 Po
Richmond, VA 23260-6024

**RMS**
PO Box 8630
Richmond, VA 23226-0000

**St. Mary's Hospital**
PO Box 100767
Atlanta, GA 30384

**St. Mary's Hospital**
PO Box 100767
Atlanta, GA 30384-0000

**Student Loan Xpress, Inc.**
c/o Education Loan Servicing Corporation
Attn: Claims Department
1500 West 3rd Avenue, Suite 125
Cleveland, OH 44113

**The Debt Law Group, PLLC**
P.O. Box 5928
Glen Allen, VA 23058

**Wfnnb/Peeble**
Po Box 64
Jacksonville, TX 75766-0000

**Williamsburg Plantatio**
3015 N Ocean Blvd Ste 12
Fort Lauderdale, FL 33308-0000

**Xls/Citel**
1500 W 3rd St Ste 125
Cleveland, OH 44113-0000

**Xpress Loan Servicing**
PO Box 94553
Cleveland, OH 44101-0000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:   Sharon Stone

            Case No. 10-32392-KRH
            Chapter 13

      Debtor

**Proposed Order**

There having been no opposition to the herein objection to the claim of <u>Branch Banking & Trust Company</u> in the amount of <u>$9,095.99</u> and the Court having considered the objection and determined the sufficiency of the claim, it is hereby

**ORDERED** the claim is:

| X |   | DISALLOWED |
|---|---|---|
|   |   | ALLOWED AS A TIMELY FILED CLAIM IN THE AMOUNT OF $_____ |
|   |   | ALLOWED AS A TARDILY FILED CLAIM IN THE AMOUNT OF $_____ |
|   |   | OTHER: MODIFIED TO UNSECURED RATHER THAN SECURED |

I ask for this:

/s/ Richard James Oulton_____
Richard James Oulton
Counsel for Debtor


Entered on Docket _____


            _____
            U.S. Bankruptcy Judge

### CERTIFICATE OF SERVICE

I certify that on July 21, 2011 a copy of this Proposed Order was mailed, first class, postage prepaid, to Carl Bates, Chapter 13 Trustee, PO Box 1819 Richmond, VA 23218-1819, The U.S. Trustee, 701 East Broad Street, Suite 4304, Richmond, VA 23219, and all other creditors and necessary parties.

/s/ Richard J Oulton
Richard J Oulton

## Creditors

**AES/PHEAA**
PO Box 8147
Harrisburg PA 17105

**Amex**
P.O. Box 981537
El Paso, TX 79998-0000

**Aspen Coll**
Pob 5129
Spring Hill, FL 34611-0000

**Aspire**
Po Box 105555
Atlanta, GA 30348-5555

**Bac Home Loans Servici**
450 American St
Simi Valley, CA 93065-0000

**Bb&T**
Po Box 2027
Greenville, SC 29602-0000

**BCC**
PO Box 490537
Fort Lauderdale, FL 33349-0000

**Bon Secours Memorial Regional Med Ctr**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bon Secours Richmond Community Hospital**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bon Secours St. Mary's Hospital**
c/o Greer P. Jackson, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294-4704

**Bose Corporation**
The Mountain
Framingham, MA 01701-9168

**Branch Banking & Trust Company**
Bankruptcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

**City of Richmond**
Dep't of Public Utilities
600 E Broad St
Richmond, VA 23219

**City of Richmond**
Department of Public Utilities
730 E. Broad Street, 5th Floor
Richmond, Virginia 23219

**Commercial Check Control**
7250 Beverly Blvd, Ste 200
Los Angeles, CA 90036-2560

**Connects Federal Credit Union**
c/o Edward S. Whitlock, III, Esquire
10160 Staples Mill Road, Suite 105
Glen Allen, Virginia 23060

**Connects Federal Cu**
7700 Shrader Rd
Richmond, VA 23228-0000

**CPS Security**
PO Box 782408
San Antonio, TX 78278

**Credit Collections Services**
Two Wells Ave, Dept 9134
Newton Center, MA 02459

**Creditor's Service of Indiana**
10 Coronado Rd
Indianapolis, IN 46234-2526

**Eastern Account System**
75 Glen Rd Ste 110
Sandy Hook, CT 06482-0000

**ECMC**
PO BOX 75906
ST. PAUL, MN 55175

**Edfin Serv**
252 N. Peters Rd, Suite 100
Knoxville, TN 37923-0000

**F. Jarvandi, DDS**
c/o Schettine & Nguyen, PLC
10 South 23rd Street
Richmond, VA 23223-0000

**First Community Bank**
Creditors Service of Indiana
10 Coronado Rd
Indianapolis, IN 46234-2526

**Focused Recovery Solut**
9701 Metropolitan Ct Ste
Richmond, VA 23236-0000

**HENRICO COUNTY, VIRGINIA**
RHYSA GRIFFITH SOUTH
ASSISTANT COUNTY ATTORNEY

P.O. BOX 90775
HENRICO, VIRGINIA 23273-0775

**Ic Systems Inc**
Po Box 64378
Saint Paul, MN 55164-0000

**MCV Hospitals**
PO BOX 980462
Richmond, VA 23298-0000

**Midview Farms Homeowners Assoc**
c/o Eric Horwitz
1919 Huguenot Rd #201
Richmond, VA 23235-0000

**Miramed Rev Group**
PO Box 536
Linden, MI 48451-0536

**Miramed Revenue Group**
PO Box 536
Linden, MI 48451-0536

**Moore Family of Dealerships**
9177 W Broad St
Richmond, VA 23294-1703

**National Recovery Agen**
2491 Paxton St
Harrisburg, PA 17111-0000

**Nco Fin/38**
Po Box 13564
Philadelphia, PA 19101-0000

**NCO Financial Systems**
PO Box 510950
New Berlin, WI 53151-0000

**Nelnet Lns**
Po Box 1649
Denver, CO 80201-0000

**Nelnet on behalf of ECMC**
Educational Credit Management Corp
Lockbox 8682 PO Box 75848
St. Paul MN 55175-0848

**Palisades Acquisition IX LLC**
Vativ Recovery Solutions, LLC
c/o Palisades Acquisition IX LLC
PO Box 19249
Sugar Land, TX 77496

**Professional Debt**
4161 Carmichael Ave Ste
Jacksonville, FL 32207-0000

**Receivable Management**
7206 Hull Street Rd Ste
Richmond, VA 23235-0000

**Receivables Management**
PO Box 8630
Richmond, VA 23226

**Rmd Postal**
Box 26024 Po

Richmond, VA 23260-6024

**RMS**
PO Box 8630
Richmond, VA 23226-0000

**St. Mary's Hospital**
PO Box 100767
Atlanta, GA 30384

**St. Mary's Hospital**
PO Box 100767
Atlanta, GA 30384-0000

**Student Loan Xpress, Inc.**
c/o Education Loan Servicing Corporation
Attn: Claims Department
1500 West 3rd Avenue, Suite 125
Cleveland, OH 44113

**The Debt Law Group, PLLC**
P.O. Box 5928
Glen Allen, VA 23058

**Wfnnb/Peeble**
Po Box 64
Jacksonville, TX 75766-0000

**Williamsburg Plantatio**
3015 N Ocean Blvd Ste 12
Fort Lauderdale, FL 33308-0000

**Xls/Citel**
1500 W 3rd St Ste 125
Cleveland, OH 44113-0000

**Xpress Loan Servicing**
PO Box 94553
Cleveland, OH 44101-0000