UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:   Sharon Stone

Case No. 10-32392-KRH
Chapter 13

Debtor

### Order

There having been no opposition to the herein objection to the claim of Branch Banking & Trust Company in the amount of $9,095.99 and the Court having considered the objection and determined the sufficiency of the claim, it is hereby

**ORDERED** the claim is:

| | |
|---|---|
| X | DISALLOWED |
| | ALLOWED AS A TIMELY FILED CLAIM IN THE AMOUNT OF $_____ |
| | ALLOWED AS A TARDILY FILED CLAIM IN THE AMOUNT OF $_____ |
| | OTHER: MODIFIED TO UNSECURED RATHER THAN SECURED |

I ask for this:

/s/ Richard James Oulton
Richard James Oulton
Counsel for Debtor


Entered on Docket _____


_____
U.S. Bankruptcy Judge

## CERTIFICATE OF SERVICE

I certify that on July 21, 2011 a copy of this Proposed Order was mailed, first class, postage prepaid, to Carl Bates, Chapter 13 Trustee, PO Box 1819 Richmond, VA 23218-1819, The U.S. Trustee, 701 East Broad Street, Suite 4304, Richmond, VA 23219, and all other creditors and necessary parties.

/s/ Richard J Oulton
Richard J Oulton

**Creditors**

**Branch Banking & Trust Company**
Bankruptcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847